**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN CROMER, JR.,** | ) |
| **Plaintiff,** | ) |
| | ) **C.A. No. 25-105 Erie** |
| | ) |
| **v.** | ) **District Judge Susan Paradise Baxter** |
| | ) **Chief Magistrate Judge Richard A. Lanzillo** |
| **C.O. YOUNG,** | ) |
| **Defendant.** | ) |

## <u>MEMORANDUM ORDER</u>

Plaintiff John Cromer, Jr., an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), initiated this *pro se* civil rights action on April 18, 2025, by lodging a proposed complaint without paying the filing fee or submitting a motion to proceed *in forma pauperis* ("ifp motion") [ECF No. 1]. Plaintiff subsequently filed an ifp motion on April 29, 2025 [ECF No. 2], and the matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 24, 2025, before the complaint was docketed, Judge Lanzillo issued an Order pursuant to the Court's screening provisions under 28 U.S.C. § 1915(e), directing Plaintiff to file an amended complaint by December 15, 2025, because the original complaint lodged with the Court failed to provide a factual narrative in support of Plaintiff's claims. [ECF No. 9].

After Plaintiff failed to file an amended complaint in compliance with the order of November 24, 2025, Judge Lanzillo issued a show cause Order on January 9, 2026, requiring

Plaintiff to file an amended complaint by January 30, 2026, and warning that failure to comply would result in a recommendation that Plaintiff's claims be dismissed with prejudice. [ECF No. 10]. After Plaintiff failed to comply with the show cause Order, Judge Lanzillo granted Plaintiff's pending ifp motion by Order dated February 20, 2026 [ECF No. 12], and the complaint was docketed on February 24, 2026. [ECF No. 13].

Then, on March 27, 2026, after Plaintiff's continued failure to file an amended complaint, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R"), recommending dismissal of this case, with prejudice, for Plaintiff's failure to prosecute. [ECF No. 15]. Objections to the R&R were due to be filed by April 13, 2026; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 21st day of April, 2026;

IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED, with prejudice, due to Plaintiff's failure to prosecute. The report and recommendation of Chief Magistrate Judge Lanzillo, issued March 27, 2026 [ECF No. 15], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record